**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 07-7143**

———————

JOHN RUFFIN WILLIAMS,

Plaintiff - Appellant,

versus

JERRY L. MACKLING; STEVEN BAILY, Police
Officer; L. MARSHALL, Sergeant, Police
Officer; S. J. THOMPSON, Sergeant, Police
Officer; SERGEANT DEPOY, Corrections Officer;
LIEUTENANT WYNKOOP, Corrections Officer;
COLONEL LAND, Corrections Officer Supervisor also
known as Major Land; GLENN HILL, Sheriff, Corrections
Officer Superintendent also known as Colonel Hill;
NURSE JOSH, Corrections Facility Nurse on
Duty; CARAL PRICE; SELWYN ADAMS, Dr., M.D.,
Corrections Facility Physician; K. HAMLIN,
Corrections Facility Unit S-1 Nurse
Supervisor; S. TAPPS, Corrections Facility Unit
S-1 Grievance Coordinator; R. WOODSON, Corrections
Facility Unit S-1 Grievance Coordinator,

Defendants - Appellees.

———————

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk. Rebecca Beach Smith, District
Judge. (2:07-cv-00147-RBS)

———————

Submitted: December 20, 2007    Decided: December 27, 2007

———————

Before MICHAEL and KING, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

John Ruffin Williams, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

John Ruffin Williams appeals the district court's order dismissing his 42 U.S.C. § 1983 (2000) complaint under 28 U.S.C. § 1915A(b)(1) (2000) for failure to state a claim. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court, <u>Williams v. Mackling</u>, No. 2:07-cv-147 (E.D. Va. Jul 2, 2007), and deny Williams' motion for judgment, in which he reargues the merits of his claims. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>